(5) declaration; (6) plea of nil debet, demurrer to declaration, joinder in demurrer.
*File No.* 154.

UNITED STATES *versus* JAMES VAN ALSTINE.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836): (1) Indictment; (2) recognizance.
*File No.* 167.

UNITED STATES *versus* WILLARD LAW.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836): (1) Indictment; (2) warrant for arrest of Willard Law, Ozias Boutwell, Burroughs Wilson, George Rankin, and Nelson White.
*File No.* 168.

UNITED STATES *versus* JAMES RUSSELL.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836): (1) Indictment.
*File No.* 169.

UNITED STATES *versus* JAMES RUSSELL.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836): (1) Indictment.
*File No.* 174.

UNITED STATES *versus* ZACHARIAH E. ADAMS.

JOURNAL ENTRIES: (1) Jan. 9. 1836: plea of not guilty, motion for continuance granted, recog-

nizance; (2) June 8, 1836: defendant called, default, recognizance respited.
PAPERS IN FILE (1836–37): (1) Indictment; (2) affidavit for continuance; (3) motion to strike from docket.
*File No.* 161.

UNITED STATES *versus* GARDINER FLINT.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836): (1) Indictment.
*File No.* 165.

UNITED STATES *versus* ELI JONES.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836): (1) Indictment.
*File No.* 166.

UNITED STATES *versus* HORACE JOHNSON AND SCHUYLER HODGES.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836–37): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) precipe for entry of default.
*File No.* 175.